**2017-0484. State v. Moore.**
Erie App. No. E–16–030, 2017-Ohio-673. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. 8.02. Cause dismissed.
O'CONNOR, C.J., and O'NEILL and DEWINE, JJ., dissent.

**2017-0520. State v. Clay.**
Mahoning App. No. 08 MA 2, 2009-Ohio-1204. On motion for leave to file delayed appeal. Motion denied.

**2017-0521. State v. Letcher.**
Hamilton App. No. C–120816. On motion for leave to file delayed appeal. Motion denied.
DEWINE, J., not participating.

**2017-0523. State v. Ross.**
Ottawa App. No. OT–16–004, 2017-Ohio-675. On motion for leave to file delayed appeal. Motion denied.
KENNEDY, O'NEILL, and FISCHER, JJ., dissent.

**2017-0525. State v. Rice.**
Ashtabula App. No. 2015–A–0071, 2017-Ohio-501. On motion for leave to file delayed appeal. Motion denied.
KENNEDY, O'NEILL, and FISCHER, JJ., dissent.

**2017-0528. Bey v. State.**
Lucas App. No. L–16–1088, 2017-Ohio-404. On motion to stay judgment and dismiss costs. Motion denied.

**2017-0539. State v. Dubose.**
Lucas App. No. L–15–1194, 2016-Ohio-7883. On motion for leave to file delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2017-0546. State v. Winbush.**
Clark App. No. 2016–CA–1, 2017-Ohio-696. On motion for leave to file delayed appeal. Motion granted. Appellant shall file a memorandum in support of jurisdiction within 30 days of the date of this entry.
O'CONNOR, C.J., and O'DONNELL, J., dissent.

**2017-0557. State v. Boles.**
Montgomery App. No. 18762. On motion for leave to file delayed appeal. Motion denied.

**2017-0560. State v. McCall.**
Cuyahoga App. No. 104479, 2017-Ohio-296. On motion for leave to file delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2017-0571. State v. Kirby.**
Summit App. No. 27986, 2016-Ohio-8138. On motion for leave to file delayed appeal. Motion denied.
O'NEILL, J., dissents.
O'CONNOR, C.J., not participating.

**2017-0577. State v. Leonard.**
Ross App. No. 16CA3573, 2017-Ohio-1541. On motion for stay of court of appeals' judgment. Motion granted and posted bond continued.
O'DONNELL and DEWINE, JJ., dissent.

**2017-0583. State v. Herring.**
Cuyahoga App. No. 104441, 2017-Ohio-743. On motion for leave to file delayed appeal. Motion denied.
O'NEILL and DEWINE, JJ., dissent.

**2017-0585. State v. Lytle.**
Franklin App. No. 13AP–866, 2015-Ohio-1133. On motion for leave to file delayed appeal. Motion denied.